BRUCE A. KILDAY, S.B. #66415
  Email: bkilday@akk-law.com
DERICK E. KONZ, S.B. #286902
  Email: dkonz@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF MARYSVILLE, JASON GARRINGER, JEREMY LEMIRE, and HERBERT CULVER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE DRAKE TRACY, | Case No.: 2:20-cv-01337-WBS-CKD |
| Plaintiff, | **STIPULATION FOR DISMISSAL AND ORDER** |
| vs. | |
| CITY OF MARYSVILLE, et al., | |
| Defendants. | |

It is hereby stipulated, by and between Plaintiff DUANE DRAKE TRACY and Defendants CITY OF MARYSVILLE, JASON GARRINGER, JEREMY LEMIRE, and HERBERT CULVER, that this entire action, including all claims and counterclaims, be dismissed with prejudice as to all parties, with all parties to bear their own costs and attorneys' fees.

**SO STIPULATED**.

Dated: November 5, 2021   ANGELO, KILDAY & KILDUFF, LLP

  */s/ Derick E. Konz*
By:_____
   BRUCE A. KILDAY
   DERICK E. KONZ
   Attorneys for Defendants

Dated: November 5, 2021

   */s/ Carroll E. Peiffer*
   (as authorized on November 4, 2021*)*
By:_____
   CARROLL E. PEIFFER
   Attorneys for Plaintiff

**ORDER**

Pursuant to the stipulation of the parties, IT IS ORDERED that this entire action, including all claims and counterclaims, be dismissed with prejudice as to all Defendants, with all parties to bear their own costs and attorneys' fees.

Dated: November 5, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE